**IT IS SO ORDERED.**

**Dated:  28 October, 2019 11:05 AM**



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 17-16811 |
| Vincent J. Woolfolk | ) | |
| | ) | JUDGE PRICE SMITH |
| | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| Debtor | ) | **APPROVE SALE OF REAL ESTATE** |
| | ) | |

*************************************************************************

This cause came on to be considered this day upon the Debtor's Motion to Approve Sale of Real Estate filed on October 9, 2019.

The Court finds that the Debtor has alleged that good cause exists for granting the Motion; Debtor, the Trustee, and all other necessary parties were served with the Motion and Notice of hearing date; no parties objected or any objection which has been filed has been withdrawn or resolved; and it appears appropriate to grant the relief requested.

**IT IS SO ORDERED** that the Motion is hereby granted.

###

Respectfully Submitted,


/s/ Melissa L. Resar
Melissa L. Resar (0071963)
Rauser & Associates
Attorney for Debtor
614 W. Superior Ave.
Suite 950
Cleveland, Ohio 44113
(216) 263-6200
(216) 262-6202 Facsimile
mresar@ohiolegalclinic.com


# CERTIFICATE OF SERVICE

A true and correct copy of the order was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List.

**Debtor's Attorney:**
Melissa L. Resar, on behalf of Debtor at mresar@ohiolegalclinic.com

**Chapter 13 Trustee**
Lauren A. Helbling, on behalf of the Chapter 13 Trustee at ch13trustee@ch13cleve.com

And by regular U.S. mail, postage prepaid on:

**Debtor:**
Vincent Woolfolk, at 1402 Clearaire Rd., Cleveland, OH 44110

**Settlement Agent:**
Fairmount Title Agency, LLC, 12434 Cedar Rd., Ste. 11, Cleveland, OH 44118

**Buyer's Agent**:
Sadie Pearl Sabir, 931 Monroe Dr. NE, Suite A-102-409, Atlanta, GA 30308

**Seller's Agent:**
Gerald J. Patronite, Esq., Patronite Law, 2779 SOM Center Rd., Willoughby Hills, OH 44094